# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KELLY ROBINSON, | No. CV 21-9750-DSF (PLA) |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| RAYBON JOHNSON, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file, the Magistrate Judge's Report and Recommendation, and petitioner's Objections. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made and agrees with the Magistrate Judge's recommendations for the reasons he states. The Court accepts the recommendations of the Magistrate Judge.

THEREFORE, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this Order.

3. The clerk shall serve this Order and the Judgment on all counsel or parties of record

DATED: July 20, 2022

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE