JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KELLY ROBINSON, | ) | No. CV 21-9750-DSF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RAYBON JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied as barred by the statute of limitations and the action is dismissed with prejudice.

DATED: July 20, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE